# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
|  | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:24-M -01380(1) |
|  | § |
| (1) Oscar Rene Romero-Ramirez | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 11, 2024** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Oscar Rene ROMERO-Ramirez, an alien, entered, or was found in the United States at or near Eagle Pass, Texas, after having been denied admission, excluded, deported, or removed from the United States through Phoenix, Az on 11/30/2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto. Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**.

I further state that I am a(n) **Border Patrol Agent, SMITH, KATRINA** and that this complaint is based on the following facts: *"The defendant, Oscar Rene ROMERO-Ramirez, was arrested by Border Patrol Agents, on May 11, 2024 for being an alien illegally present in the United States. Investigation and records*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ SMITH, KATRINA
Signature of Complainant
SMITH, KATRINA
Border Patrol Agent

05/13/2024    at   DEL RIO, Texas
File Date          City and State

MATTHEW H. WATTERS
UNITED STATES MAGISTRATE JUDGE         Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.     Case Number: DR:24-M -01380(1)

(1) Oscar Rene Romero-Ramirez

**Continuation of Statement of Facts:**

of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 11/30/2016 through Phoenix, Az. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.
"

| | |
|---|---|
| _____ | /s/ SMITH, KATRINA _____ |
| Signature of Judicial Officer | Signature of Complainant |